UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND CRAIG JOHNSON,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:22-0641 |
| v. | : | (JUDGE MANNION) |
| | : | |
| **J.L. JAMISON, WARDEN,** | : | |
| Respondent | : | |
| | : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

3. Petitioner's motion for expedited consideration (Doc. 13) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: September 26, 2023
23-0640-01-ORDER